1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PHILLIP J. LYONS,                                      )
                                                       )
                              Plaintiff,               )          Case No.   2:10-cv-01363-JCM-GWF
                                                       )
vs.                                                    )
                                                       )          **ORDER**
STATE OF NEVADA, *et al.*,                             )
                                                       )
                              Defendants.              )
_____)

        The matter is before the Court on Plaintiff's request for a status update in this action (#3), filed

January 28, 2011.  The Court is currently in the process of screening Plaintiff's Application to Proceed

*In Forma Pauperis* and attached Complaint (#1).  Once the Court has completed its screening of

Plaintiff's Complaint as required by 28 U.S.C. § 1915A., the Court will issue an order indicating

whether this case may proceed on the merits or whether Plaintiff may be required to amend his

complaint.

        DATED this 31st day of January, 2011.

                                                _____
                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge